In The United States District

Court for the _____ Circuit

**Gordon Maston**
Plaintiff

10 CV 245 M

Complaint

Civil Action # _____

-v-

**Erie County Correctional Facility**
**Donald Livingston (Superintendent)**
**Steve Swain (Physicans Assistant)**
Defendant(s) **Lofi Lay (nurse**

UNITED STATES DISTRICT COURT
FILED
MAR 22 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

## I. Complaint

Plaintiff, **Gordon Maston**, Pro Se, for the complaint herein, states as follows:

## II. Parties

1. Plaintiff **Gordon Maston** was confined in the **Erie County Correctional facility** from the **26th** day of **October**, _____ to the _____ day of _____, 20 ___. **currently still incarcerated**

2. Plaintiff is currently confined at: Erie County Correctional Facility, 11581 Walden Avenue, in the Town of Alden, in the County of Erie in the State of New York

3. Plaintiff **Gordon Maston** was and is at all times mentioned herein, an adult citizen of the United States and a resident of the State of New York.

1

4. Additional persons having the same complaint include the following: _____
_____
_____.

5. Defendant **Donald Livingston** was at all relevant times herein the Mayor/Supervisor of the City/Town/Village of **Alden**, New York.

6. Defendant **Donald Livingston** was at all relevant times herein the **Erie county Correctional facility** for the City/Town/Village of _____, New York, with responsibility for operating and maintaining Detention, Penal, and Correctional Facilities within the City/Town/Village of **Alden**, New York, including the City/Town/Village Jail.

7. Defendant **Donald Livingston** was at all times relevant herein the Warden or Superintendent of the Municipal Jail for the City/Town/Village of **Alden**, New York, and was responsible for managing the day-to-day operations and the execution of the policies of said Municipal Jail.

8. Defendant **Donald livingston** was at all relevant times herein an employee of **Erie County Correctional facility**.

9. Defendant **Donald livingston** was at all relevant times herein employed as a(n) **Superintendent of Erie County Correctional facility Alden New York**.

10. Defendant **Donald livingston** was at all relevant times herein employed as a(n) **Superintendent of ECCF** at **11581 Walden Ave**.

2

11. Defendant City/Town/Village __Alden__, New York is and was at all times relevant herein a Municipal Corporation in the State of New York.

### III. Jurisdiction and Venue

1. This action arises under and is brought pursuant to 42 United States Code Section 1983 to remedy the deprivation, under color of State law, of rights guaranteed by the Eighth and Fourteenth Amendments to the Constitution of The United States.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1331.

3. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Sections 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

4. This cause or action arose in the _____ District of _____; therefore, venue is proper under 28 U.S.C. Section 1391 (b).

### IV. Previous Actions by Plaintiff

(Strike out inapplicable sections)

1. Plaintiff has filed no other lawsuits dealing with the same facts involved in this action or otherwise relating to his/her imprisonment.

**OR**

2. Plaintiff has filed other lawsuits dealing with the same facts involved in this action or otherwise relating to his/her imprisonment. The following took place:

_____
_____
_____

3

3. Plaintiff used the Prisoner Grievance Procedure in this institution to try to solve the problem. On the _____ day of _____, _____, Plaintiff presented the facts relating to this complaint in the Prisoner Grievance Procedure.

_____
_____
_____.

**OR**

4. Plaintiff used the Prisoner Grievance Procedure in this institution to try to solve the problem. On the _____ day of _____, _____, Plaintiff did not get an opportunity to present the facts related to the complaint in the Prisoner Grievance Procedure because _____

_____
_____
_____
_____.

**OR**

5. Plaintiff did not use the Prisoner Grievance Procedure because: Although a Grievance was requested on several ocasions Prision officals Continuously denied all request to receive a Grievance, Stateing " They would handel the situation Themselves.

**OR**

6. There is no Prisoner Grievance Procedure in this institution, but Plaintiff registered the complaint to prison authorities on the _____ day of _____, _____. Prison officials responded to the Plaintiff's complaint by: _____

_____
_____

4

## V. Statement of Claim

Plaintiffs reallege and incorporate by reference paragraphs _____ herein.

At all relevant times herein, Defendants were 'persons' for purposes of 42 U.S.C. Section 1983 and acted under color of law to deprive Plaintiff of his/her Constitutional rights, as set forth more fully below.

The facts in chronological order are as follows: Plaintiff Claims that for several months he was denied proper medical attention for a infection to left foot which subsuquently led to plaintiff having to have Surgical procedures performed to remove the exessive, infectious Poision in left foot. "A Situation where extreme pain an Suffering transpired on a daily basis.

See Attached Affadavit

5

## VI. Prayer for Relief

1. Plaintiff requests an Order declaring that the Defendants have acted in violation of the Constitution of the United States.

2. Plaintiff requests an injunction compelling Defendant(s) to provide **Proper medical attention to others like myself**, or stop **Working in Medical Profession**.

3. Plaintiff requests $ **8.8 million** as compensatory damages.

Dated: **3/16/2010**

*Gordon Maston*
Signature, Plaintiff

State of New York
County of Erie

On this **16** day of **March**, 20**10**, before me personally appeared **Gordon Maston**, principal, who is known to me personally, or who provided **Prisoner's Picture ID** as positive identification, and signed the foregoing instrument in my presence.

*Derek L. Alexander*
Signature, Notary Public

DEREK L. ALEXANDER
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES OCT. 2, 20**10**

6